IDA MORRIS v. JOHN MUIR and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MARTIN MANDELL v. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JENNIE O'CONNOR v. RICHARD CARVEL COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JAMES HADFIELD v. JOSEPH COLTER and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

In the Matter of CORNELIUS J. EARLEY, an Attorney.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

In the Matter of BERNARD J. TINNEY, an Attorney.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MAUDE R. STODDARD v. JOHN M. STODDARD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Objections to the Nominating Petition of PATRICK J. MCGRATH, Appellant. LOUIS P. DEHAYES and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order reversed and motion granted, and the matter remitted to the court at Special Term for determination upon the merits. No opinion. Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MADDALINO OLIVE OIL COMPANY, INC., v. GIOVANO AQUINO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GOLDEN HILL BUILDING COMPANY, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

PETER GALLAGHER, Respondent, v. THE L. L. D. REALTY COMPANY, Appellant, Impleaded with Others.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JEWELL E. LA SAGE, Respondent, v. CLARENCE C. PERPALL and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.